## AFFIDAVIT OF JULIUS R. NASSO SR

1. I am Affiant, Julius R. Nasso, S.S. #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, D.O.B. October, 19, 1952, of 16 Wakefield, Staten Island, New York, 10312.

2. I am currently incarcerated at Federal Correctional Instatution (FCI) Elkton, at 8730 Scroggs Road, P.O. Box 10, Lisbon Ohio 44432-0010.

3. During conversations with my Unit Team Mr. Raimey (Counselor) and Mrs. Winter-Gates (case manager), I was informed that I would be eligible for thirty (30) days placement in a Halfway-House.

4. That upon approval, I would be placed in a halfway house by June 3, 2005.

5. Approximately March 1, 2005, I was informed by Mrs. Winter-Gates that my halfway house package had been submitted.

6. On or about March 7, 2005, I was told by Mr. Raimey that I could possibly be denied halfway house placement due to my prison records alleging that I am an associate of Organized Crime ("OC").

7. My institutional records holding me responsible for "**ORGANIZED CRIME, EXTORTION (THREAT TO KILL STEVEN SEAGAL IF HE DID NOT AGREE PAYING $63 million), MONEY LAUNDERING, WITNESS TAMPERING AND RACKETEERING.**" See Attachment "A".

8. That on March 17, 2005, Mrs. Winter-Gates informed that there was a good possibility of my being turned down, for halfway house placement, due to my being an alleged associate of Organized Crime.

9. On March 18, 2005, I submitted a cop-out to Mrs. Winter-Gates, with proof where the Warden of FCI Elkton stated that my being an alleged associate of organized crime would "**NOT PRECLUDE ME FROM...PARTICIPATION IN COMMUNITY ACTIVITIES RECOMMENDED BY THE WARDEN.**" (ie. Halfway house) See Attachment "B".

10. Attachment "B", I further supplied proof that the Region, after reviewing my true court records, acknowledged that I am **NOT AN ASSOCIATE OF ORGANIZED CRIME**, where they wrote "**WE RECOGNIZE THE JUDGMENT AND COMMITMENT ORDER AND REMARKS FROM THE SENTENCING JUDGE SUPPORT YOUR ASSERTION THAT YOU WERE NOT A MEMBER OR AN ASSOCIATE WITH ORGANIZED CRIME...**"

11. On March 21, 2005, I was informed, By Mrs. Winter-Gates, that my halfway house had been denied and that she had resubmitted what she termed a DENIAL PACKAGE.

12. She explained this denial package, to me, as so form of reconsideration package.

13. On Tuesday March 22, 2005, Mr. Raimey and Mrs. Winter-Gates informed me that I had been officially denied halfway house placement.

14. I informed Mr. Raimey and Mrs. Winter-Gates that my probation officer, Ms. Gwen Munley, told my mother that she had no problem with my being placed in a halfway house. Furthermore, that any problems would be at the institution and I should speak to my counselor.

15. Both Mr. Raimey and Mrs. Winter-Gates told me and assured me that the institution had nothing whatsoever to do with my being denied.

16. Mrs. Winter-Gates said that she had spoken to my probation officer and that my probation officer had approved my residence and qualifications for halfway house.

17. Mrs. Winter-Gates stated that my probation officer was not responsible for my being denied, rather, that the probation department is responsible for my denial.

18. Mrs. Winter-Gates and Mr. Raimey were up-front about the fact that I was being denied placement due to the erroneous allegations of my being an organized crime. **Contradictory to my J&C and Court Records.**

19. As I was walking out of Mrs. Winter-Gates's office, she told me that I should construe our meeting as my official notification of my halfway house denial.

20. At said time, I asked Mrs. Winter-Gates if she would please give me something, in writing, stating that I had been denied and the reason for said denial.

21. She stated that my papers are presently awaiting the Warden's signature and it would between six and ten weeks before they made their round, through the institution, back to me. Further, that at said time would be the earliest she would be able to give me something in writing.

22. I am writing this Affidavit because my receiving the official denial, in writing, would fall on or about the same week I would be leaving to the halfway house. Obtaining it at this late of a date would make it worthless, as it would give me no time to challenge the inaccurate information used to deny me halfway house placement.

**IN WITNESS WHEREOF,** the undersigned has executed this Affidavit this 23 day of March, 2005.

_____
Julius R. Nasso

STATE OF OHIO

COUNTY OF COLUMBIANA

On March ____, 2005, before me, _____ personally appeared Julius R. Nasso, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument he did execute said instrument. WITNESS my hand and **official seal.**

Signature _____

"AUTHORIZED BY THE ACT OF JULY 27, 1955 TO ADMINISTER OATHS (18 USC 4004)."

_____
**CORRECTIONAL TREATMENT SPECIALIST**

3/23/05
**DATE**

```
ELKD0   600.00 *              SECURITY/DESIGNATION              *    09-19-2004
PAGE 002 OF 002 *                     DATA                            08:06:55
     REGNO: 67923-053   NAME  NASSO, JULIUS R                         ORG: CNK
RC/SEX/AGE: W/M/51   FORM D/T: 03-08-2004/1030   RES: STATEN ISLAND, NY 10312
OFFN/CHG..: CTC EXTORTION-12 MONTHS AND ONE DAY
            DKT:CR-02-606-11(FB)/TRD=07-03-2005 W/1 DAY JTC
CUSTODY...: IN          BIL:              CR HX PT: 0         CAR: CARE4
CITIZENSHP: UNITED STATES OF AMERICA   PUB SAFETY: GRT SVRTY
CIM CONSID:                                                   USM: ENY
JUDGE.....: F. BLOCK    REC FACL: MIN SEC       REC PROG: NONE
DETAINER..: NONE        SEVERITY: GREATEST      MOS REL.: 010
PRIOR.....: NONE        ESCAPES.: NONE          VIOLENCE: NONE
PRECOMMT..: VOL SURR    V/S DATE: 08-20-2004    V/S LOC.: BOP
OMDT REF..: YES         SEC TOT.: 4             SCORED LEV: LOW
CCM RMKS..: US CTZ(POB=IT);INST:*OC,EXTRTN(THREATS TO KILL STEVEN SEAGAL
            IF HE DID NOT AGREE PAYING $63MILLION),SLNDRNG,WTNS TMPR,RKTR;
            NO KNOWN PRIORS;MED/PSY:OMDT.HEB


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

ATTACHMENT "A"

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) MRS. WINTER-GATES/Mr. Raimay | DATE: MARCH-18-2005 |
|---|---|
| FROM: JULIUS R. NASSO | REGISTER NO.: 67923-053 |
| WORK ASSIGNMENT: UNIT ORDERLY | UNIT: DELTA-BRAVO |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Yesterday, you gave me the impression that I am going to be denied Halfway House due to my allegedly being an Associate of Organized Crime. The Warden stated that "CIM assignment of Special Supervision" does not preclude you from transfer, temporary release, or participation in Community activities recommended by the Warden. Furthermore the Region has acknowledge that the true Record of my case establish that I am NOT an Associate of Organized Crime, where they wrote "We Recognize the Judgement and Commitment Order and Remarks from the sentencing Judge support your assertion that you were not a MEMBER OR AN ASSOCIATE WITH organized Crime..." I am requesting that you please forward this Information, to the proper authorities, so that way my Halfway House placement is not tampered with based on erroneous Informat. SEE ATTACHMENT "B"

(Do not write below this line)

DISPOSITION:



ATTACHMENT "B"

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

## REQUEST FOR ADMINISTRATIVE REMEDY
## PART B RESPONSE

Nasso, Julius R.
Reg. No.: 67923-053
Remedy I.D.: 358188-F2
Unit D/B

This is in response to your Request for Administrative Remedy receipted November 17, 2004, in which you request the removal of the Central Inmate Monitoring assignment of "Special Supervision."

Investigation into the matter indicates you have been classified as a Special Supervision case due to the fact you were recognized as an associate of an organized crime family. On October 18, 2004, the Northeast Regional Office determined there was adequate information to support the classification of Special Supervision. **The Central Inmate Monitoring assignment of Special Supervision does not preclude you from transfer, temporary release, or participation in community activities recommended by the Warden.**

Based on these findings, your Request for Administrative Remedy is denied.

If you are not satisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Northeast Region, U.S. Custom House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania 19106, within 20 calendar days of the date of this response.

_____    12/2/04
T. R. Sniezek, Warden         Date

NASSO, Julius
Reg. No. 67923-053
Appeal No. 358188-R2
Page One

---

### Part B - Response

You appeal the decision of the Warden at FCI Elkton to maintain your Central Inmate Monitoring (CIM) assignment of Special Supervision. You contend you have never been an associate of any crime family and the Chief Probation Officer confirmed that you are not an organized crime associate. You request the CIM status be removed.

A review of your appeal reveals that you are currently classified with the CIM assignment of Special Supervision. Program Statement 5180.04, <u>Central Inmate Monitoring System</u> states, this assignment is based on the nature of the offense and/or inmate's background. Documentation supporting this assignment may include Pre-Sentence Report (PSR) or written information from law enforcement agencies or Bureau of Prisons staff that justifies the need for review of case management decisions and security.

**We recognize the Judgement and Commitment Order and remarks from the sentencing judge supports you assertion that you were not a member or an associate with Organized Crime.** Nevertheless, we conclude that the Special Supervision assignment is proper. The description of your offense in your PSR indicates you committed a serious extortion involving use of organized crime figures to threaten the victim with serious bodily harm. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: February 9, 2005                    D. SCOTT DODRILL
                                          Regional Director

WORK PERFORMANCE RATING: Mr. Nasso receives satisfactory to good work evaluations as a Unit Orderly

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: He has maintained clear conduct since his last program review

FRP PLAN/PROGRESS: Complete

He received $1528.20 and spent $1708.57 in the last 6 months. The current commissary account balance is $431.39

RELEASE PREPARATION PARTICIPATION: Participates in Release Preparation Classes to prepare for release.

CCC RECOMMENDATION: ** Unit team agreed to recommend placement in a CCC on or slightly after 6/3/05 provided U.S.P.O. has no objections.

PROGRESS MADE SINCE LAST REVIEW: Mr. Nasso completed six of the release preparation program classes and is currently enrolled in the Spinning Class.

GOALS FOR NEXT PROGRAM REVIEW MEETING:

Maintain Clear Conduct by not receiving any incident reports between now and your next program review.
Complete the Spinning Class, if physically able, to maintain or improve health.
Enroll in the Card Making ACE Class to utilize & improve artistic ability.
Complete at least two additional release preparation program classes to prepare for release.

LONG TERM GOALS: Projected Release Date: 7/3/2005

Save $120 per year at a rate of $10 per month to assist with release needs. The current balance is $431.39
Complete the Release Preparation Program prior to release in order to prepare for release.

Judicial Recommendations: Minimum Security Facility - Per Security Desig. Letter Sent
Non Corpus letter req. witness for CP.

OTHER INMATE REQUESTS/TEAM ACTIONS:

SIGNATURES:
UNIT MANAGER: _____ INMATE: [signature] COPY
  A. Fekete
DATE: 03-23-2005        DATE: 03-23-2005

```
ELKDO                    *      PROGRAM REVIEW REPORT           *      03-10-2005
PAGE 001                                                               19:39:05
     INSTITUTION: ELK  ELKTON FCI

     NAME.......: NASSO, JULIUS R
     RESIDENCE..: STATEN ISLAND, NY 10312              REG. NO: 67923-053

     TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
     NEXT REVIEW DATE....: _____6/2005_____

     PROJ. RELEASE DATE..: 07-03-2005
     PAROLE HEARING DATE.: NONE                  RELEASE METHOD.: GCT REL
                                                 HEARING TYPE...: NONE
     DATE OF NEXT CUSTODY REVIEW: __2/2006__     DETAINERS (Y/N): N

     CIM STATUS (Y/N)....: Y
                                           IF YES, RECONCILED (Y/N): ___Y___
     PENDING CHARGES.....: __None Known_____

     OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)....: N
         IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

     CATEGORY       - - - - - - CURRENT ASSIGNMENT - - - - - - -  EFF DATE    TIME
     CMA       PROG RPT     NEXT PROGRESS REPORT DUE DATE         08-20-2007  1336
     CMA       RPP PART     RELEASE PREP PGM PARTICIPATES         08-26-2004  0815
     CMA       V94 COA913   V94 CURR OTHER ON/AFTER 91394         09-05-2004  1338
     CUS       IN           IN CUSTODY                            03-11-2004  1340
     DRG       DRG I NONE   NO DRUG INTERVIEW REQUIRED            09-05-2004  1336
     EDI       ESL HAS      ENGLISH PROFICIENT                    09-07-2004  1419
     EDI       GED HAS      COMPLETED GED OR HS DIPLOMA           09-21-2004  1401
     FRP       COMPLT       FINANC RESP-COMPLETED                 09-02-2004  0918
     LEV       LOW          SECURITY CLASSIFICATION LOW           03-08-2004  1030
     MDS       NO F/S       NO FOOD SERVICE WORK                  09-24-2004  1236
     MDS       OTHER        OTHER MEDICAL RESTRICTION             01-27-2005  0743
     MDS       REG DUTY W   REGULAR DUTY W/MED RESTRICTION        09-24-2004  1236
     QTR       D06-026L     HOUSE D/RANGE 06/BED 026L             02-25-2005  1226
     RLG       CATHOLIC     CATHOLIC                              09-05-2004  1337
     WRK       UNT DB ORD   D B SIDE UNIT ORDERLY                 01-19-2005  1104

     WORK PERFORMANCE RATING: _____
     _____

     INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _____
     _____
     _____

     FRP PLAN/PROGRESS: _____over_____
     _____

     RELEASE PREPARATION PARTICIPATION: _____
     _____
     _____
```

COPY